1030

THE STATE OF WASHINGTON, *Respondent,* v. COTIS HILL, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 20226, Walter A. Stauffacher, J., entered May 24, 1977. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Roe, J.

THE STATE OF WASHINGTON, *Respondent,* v. LINDA SUE TROGDEN, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 6315, Alan R. Hallowell, J., entered November 17, 1977. *Affirmed* by unpublished opinion per Reed, J., concurred in by Pearson, C.J., and Petrie, J.

THE STATE OF WASHINGTON, *Respondent,* v. EVA J. WEBB, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 6196, Alan R. Hallowell, J., entered June 30, 1977. *Affirmed* by unpublished opinion per Reed, J., concurred in by Pearson, C.J., and Petrie, J.